# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RUTHERLAN ENTERPRISES,**

    **Plaintiff,**

                       **Case No. 2:14-cv-0019**

    v.                      **JUDGE GREGORY L. FROST**

**ZETTLER HARDWARE, et al.,**

    **Defendants.**

## ORDER

Defendants' Motion for Rule 11 Sanctions Against Plaintiff (ECF No. 55) shall come on for a non-oral hearing on July 24, 2015 at 8:00 a.m.

**IT IS SO ORDERED.**

                                                 **/s/   Gregory L. Frost**
                                                 Gregory L. Frost
                                                 United States District Judge