UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rutherlan Enterprises, Inc.                         Case No. 2:14-cv-00019

              Plaintiff                         Judge Algenon Marbley

v.                                                  Magistrate Judge Elizabeth Deavers

Zettler Hardware, et. al.,

          Defendants.


## DECLARATION OF GREGORY P. BARWELL

I, Gregory P. Barwell, hereby declare as follows:

1. I am an attorney duly licensed to practice in the courts of the State of Ohio and in the Southern District of Ohio and I am a partner with Wesp Barwell LLC, attorneys for the Defendants Luke Stratton, Peter Michailidis, Alex Rouse, Nicholas Zettler and Zettler Hardware. As such I make this Declaration in support of Defendants Motion for Attorney Fees.

2. I concentrate in commercial litigation, including litigation involving trade secrets, contract disputes, trademark matters, non-competes and member and shareholder disputes. I have been practicing law since 1999.

3. Quinn Schmiege is an associate of Wesp Barwell. Ms. Schmiege has been practicing for over six years and has handled cases involving commercial matters, contract disputes, lease disagreements, employment discrimination, personal injury and constitutional matters.

4. The document attached to this declaration represents the contemporaneous time records related to the categories of fees awarded by this Court, which has been maintained by lawyers, paralegals and law clerks in my firm, including descriptions of the work that they performed,

along with the costs incurred on behalf of the Defendants in this action.  All of the time and expense charges were included in invoices that were sent to the Defendants, and they have all been paid.  Time entries have been redacted in order to exclude reference to fees and expenses for which no compensation is sought.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Gregory P. Barwell

Executed on October 11, 2016.

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

02/28/2014
Account No: EJSLGN-01M
Statement No: 5951

Legal Advice

#### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 02/19/2014 | GPB | Research fraudulent misrepresentation, merger doctrine and economic rule. Draft Rule 11-21 day safe harbor letter to Joe Bahgat discussing issues related to the case and request dismissal. | 1.90 |  |
| 02/20/2014 | QS | Research piercing the corporate veil. | 1.00 |  |
| 02/21/2014 | QS | Put research together and transmit to Attorney Barwell. | 1.00 |  |
| 02/24/2014 | QS | Draft notice of substitution of counsel. | 0.70 |  |
|  | GPB | Review Joe Baghat's letter and draft response. Draft Notice of Related Case, Notice of Substitution of Counsel | 2.20 |  |
| 02/25/2014 | GPB | Draft Motion for status conference for extension of time to plead for Stratton, Rouse and Michailidis because Plaintiff will not dismiss fraud claim. | 0.90 |  |
|  |  | For Current Services Rendered | 7.70 | 1,747.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 2.70 | $175.00 | $472.50 |
| Gregory P. Barwell | 5.00 | 255.00 | 1,275.00 |

|  |  |
|---|---|
| Total Current Work | 1,747.50 |
| Balance Due | $1,747.50 |
| **TOTAL BALANCE DUE** | $1,747.50 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton                                                    03/31/2014
Peter Michailidis                              Account No:  EJSLGN-01M
Alex Rouse                                     Statement No:        6009
Nicholas Zettler

Legal Advice

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/02/2014 | GPB | Review, sign, scan and send waivers of service for Luke Stratton, Alex Rouse and Peter Michailidis. | 0.40 | |
| | | For Current Services Rendered | 0.40 | 102.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregory P. Barwell | 0.40 | $255.00 | $102.00 |

### Expenses

| 03/18/2014 | Lexis Nexis research cost. | 39.67 |
|---|---|---|
| | Total Expenses | 39.67 |
| | Total Current Work | 141.67 |
| | Balance Due | $141.67 |
| | **TOTAL BALANCE DUE** | $141.67 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

04/30/2014

Account No: EJSLGN-01M
Statement No: 6279

Legal Advice

### Fees

| Date | | Description | Hours | |
|------|------|-------------|-------|---|
| 04/22/2014 | GPB | Begin drafting Answer for Luke Stratton, Nicholas Zettler, Alex Rouse, Zettler Hardware and Peter Michalidis | 1.00 | |
| 04/23/2014 | GPB | Finish drafting Answer to Complaint and forward to Kendra for review. | 1.50 | |
| | | For Current Services Rendered | 2.50 | 637.50 |

| Recapitulation | | | | |
|----------------|-------|------|-------|---|
| Timekeeper | Hours | Rate | Total | |
| Gregory P. Barwell | 2.50 | $255.00 | $637.50 | |

Total Current Work 637.50

Balance Due $637.50

**TOTAL BALANCE DUE** $637.50

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

06/30/2014
Account No: EJSLGN-01M
Statement No: 6387

Legal Advice

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 06/04/2014 | GPB | Conference call with Rutherland attorney Joe Bahgat to draft 26(f) report per court order and rule. Draft 269f) report and send to Joe Bahgat for approval and filing. | 1.10 | |
| 06/11/2014 | GPB | Prepare and attend 26(f) conference. | 1.00 | |
| | JM | Court appearance: preliminary pretrial conference with magistrate. | 1.50 | |
| | | For Current Services Rendered | 3.60 | 918.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jud Mauger | 1.50 | $255.00 | $382.50 |
| Gregory P. Barwell | 2.10 | 255.00 | 535.50 |

### Expenses

| | | |
|---|---|---|
| 06/09/2014 | Lexis nexis research cost. | 19.84 |
| | Total Expenses | 19.84 |
| | Total Current Work | 937.84 |
| | Balance Due | $937.84 |
| | **TOTAL BALANCE DUE** | $937.84 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

07/31/2014
Account No:   EJSLGN-01M
Statement No:        6446

Legal Advice

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 07/02/2014 | JM | Attention to drafting and serving initial disclosures, including reading deposition transcripts. Review and bates stamp documents for disclosures. Interoffice conference Mr. Barwell. Review correspondence from opposing counsel. | 2.50 | |
| | | For Current Services Rendered | 2.50 | 637.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jud Mauger | 2.50 | $255.00 | $637.50 |

| | |
|---|---|
| Total Current Work | 637.50 |
| Balance Due | $637.50 |
| **TOTAL BALANCE DUE** | $637.50 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus,Ohio 43215
T+F: 614-456-0488

Luke Stratton                                                              08/31/2014
Peter Michailidis                                        Account No:   EJSLGN-01M
Alex Rouse                                               Statement No:           6509
Nicholas Zettler

Legal Advice

Fees

|            |     |                                                                                                                                           | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/21/2014 | GPB | Begin drafting statement of facts, opening and law on Motion for Summary Judgment for Alex Rouse, Luke Stratton, Nicholas Zettler, Zettler Hardware and Peter Michalidis. | 4.20 |
| 08/22/2014 | EJW | Initial review of fact memo from Greg Barwell and Complaint. Analysis of Motion for Summary Judgment issues as to fraud claim; analysis of pleading sufficiency of fraud claim under Iqbal et al. | 0.90 |
| 08/26/2014 | EJW | Review of factual background in connection with preparation of fraud portion of Motion for Summary Judgment. | 0.40 |
|            | EJW | Review of case authorities re: fraud pleading and substantive fraud allegations. | 2.60 |
|            | QS  | Research merger doctrine. | 2.00 |
|            | GPB | Research case law on statute of limitations for fraud. | 2.50 |
| 08/27/2014 | EJW | Initial preparation of draft segment of Motion for Summary Judgment. Review of case authorities re: justifiable reliance and independent duty fraud. | 3.90 |
|            | EJW | E-mail correspondence with Greg Barwell re: spoliation, contractual disclaimer of warranty and contractual limitation of remedies; and potential anticipatory repudiation. | 0.50 |
|            | QS  | Discuss with Attorneys Wesp and Barwell. Research anticipatory repudiation law. Research evidence spoliation. | 2.50 |
|            | GPB | Continue drafting Motion for summary judgment. Conference with Joel to discuss elements of fraud, anticipatory repudiation, and contract remedies and dismissal. | 3.20 |
| 08/28/2014 | EJW | Further preparation of draft Motion for Summary Judgment fraud section. | 3.10 |
|            | EJW | Review of case authorities re: fraud in the inducement exception to the parol evidence rule, and economic loss doctrine. | 1.10 |
|            | QS  | Continue evidence spoliation research. | 2.00 |
|            | GPB | Continue drafting MSJ | 3.40 |
| 08/29/2014 | EJW | Further review of case authorities re: fraud in the inducement vs. integration clause and parol evidence rule in connection with preparation of segment of Motion for Summary Judgment. | 1.40 |

Luke Stratton

08/31/2014
Account No:   EJSLGN-01M
Statement No:   6509

Legal Advice

| | | | Hours | |
|---|---|---|---|---|
| | QS | Continue researching and drafting for Motion for Summary Judgment. | 1.50 | |
| | GPB | Finalize MSJ and send to Joel and Quinn for final review and input of sections. | 2.50 | |
| 08/30/2014 | EJW | Further preparation of fraud segment of Motion for Summary Judgment. | 1.30 | |
| | QS | Continue drafting. | 2.00 | |
| 08/31/2014 | EJW | Final preparation of draft fraud segment of Motion for Summary Judgment. Review of spoliation and economic damages cases. | 2.20 | |
| | QS | Review drafts of Motion for Summary Judgment. | 1.00 | |
| | | For Current Services Rendered | 44.20 | 10,391.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| E. Joel Wesp | 17.40 | $255.00 | $4,437.00 |
| Quinn Schmiege | 11.00 | 175.00 | 1,925.00 |
| Gregory P. Barwell | 15.80 | 255.00 | 4,029.00 |

Expenses

| | | | |
|---|---|---|---|
| 08/26/2014 | Maile Kimura transcript | | 325.60 |
| | Total Expenses | | 325.60 |
| | Total Current Work | | 10,716.60 |
| | Balance Due | | $10,716.60 |
| | **TOTAL BALANCE DUE** | | $10,716.60 |

**Wesp Barwell LLC**
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

09/30/2014
Account No: EJSLGN-01M
Statement No: 6563

Legal Advice

### Fees

| Date | | | | Hours | |
|---|---|---|---|---|---|
| 09/01/2014 | EJW | Review and revise initial segment on statute of limitations. | | | |
| | EJW | Review of case authorities re: individual non-liability for breach of contract by corporation. | | | |
| | QS | Review and edit Motion for Summary Judgment. | | 2.00 | |
| 09/02/2014 | QS | Draft and add table of contents and table of authorities. Prep and finalize for filing. File Motion for Summary Judgment and exhibits. | | 3.00 | |
| 09/29/2014 | GPB | Review Reply to Motion for Summary Judgment and forward to Alex Rouse, Luke Stratton, Nicholas Zettler, Zettler Hardware and Peter Michailidis. | | 1.00 | |
| | QS | Review filing. Discuss same with Barwell. | | 2.20 | |
| | | For Current Services Rendered | | 8.20 | 1,515.00 |

| Recapitulation | | | | |
|---|---|---|---|---|
| Timekeeper | Hours | Rate | Total | |
| Quinn Schmiege | 7.20 | $175.00 | $1,260.00 | |
| Gregory P. Barwell | 1.00 | 255.00 | 255.00 | |

| | | | | |
|---|---|---|---|---|
| 09/30/2014 | GPB | Credit for payment from client. | | -2,679.15 |
| | GPB | Credit for payment. | | -52.65 |
| | | Total Credits for Fees | | -2,731.80 |

### Expenses

| | | | |
|---|---|---|---|
| 09/30/2014 | Lexis nexis research. | | 709.25 |
| | Total Expenses | | 709.25 |
| | Total Current Work | | -507.55 |
| | Previous Balance | | $9,345.74 |

### Payments

| | | | |
|---|---|---|---|
| 09/22/2014 | Fee Payment from Rouse | | -2,222.25 |

Luke Stratton

09/30/2014
Account No:  EJSLGN-01M
Statement No:  6563

Legal Advice

09/22/2014    Fee Payment from Michiliadis                    -2,222.25
              Total Payments                                   -4,444.50

              Balance Due                                     $4,393.69

              **TOTAL BALANCE DUE**                           $4,393.69

**Wesp Barwell LLC**
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

10/31/2014
Account No: EJSLGN-01M
Statement No: 6607

Legal Advice

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/03/2014 | QS | Discuss response with team. | 1.00 | |
| | EJW | Conference with Greg Barwell and Quinn Schmiege re: issues for Reply Brief in Support of Motion for Summary Judgment. Review of parol evidence section in Plaintiff's Memorandum Contra. | 0.60 | |
| 10/06/2014 | EJW | Further review of Plaintiff's Memorandum Contra Motion for Summary Judgment in connection with preparation of parol evidence portion of reply brief. Preparation of e-mail correspondence to Greg Barwell re: parol evidence issue. | 0.80 | |
| | GPB | Review motion for summary judgment. | 0.80 | |
| 10/08/2014 | EJW | Telephone conference with Greg Barwell re: issues for Reply Brief in support of Motion for Summary Judgment. Preparation of parol evidence section of Reply Brief. | 1.10 | |
| | GPB | Begin drafting reply on motion for summary judgment. | 2.20 | |
| 10/09/2014 | QS | Review reply. | 1.00 | |
| | GPB | Finalize Draft reply on motion for summary judgment, circulate for review. | 4.10 | |
| 10/10/2014 | EJW | Review and revise Reply Brief in Support of Motion for Summary Judgment. E-mail correspondence to Greg Barwell and Quinn Schmiege re: same. | 2.60 | |
| | GPB | Draft Final Draft reply on motion for summary judgment. Prepare table and file with the court. | 3.50 | |
| 10/23/2014 | GPB | Research order from the Court and send to Joe Bahgat and inquire about settlement week in 2015. Also request dates for depositions. | 0.30 | |
| | | For Current Services Rendered | 18.00 | 4,430.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| E. Joel Wesp | 5.10 | $255.00 | $1,300.50 |
| Quinn Schmiege | 2.00 | 175.00 | 350.00 |
| Gregory P. Barwell | 10.90 | 255.00 | 2,779.50 |

Luke Stratton

10/31/2014
Account No:   EJSLGN-01M
Statement No:        6607

Legal Advice

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/30/2014 | GPB | Credit for payment from Peter Michialidis. |  | -365.58 |
|  | GPB | Credit for payment from client Luke Stratton. |  | -365.58 |
|  |  | Total Credits for Fees |  | -731.16 |

### Expenses

| 10/30/2014 | Credit for payment from Peter Michialidis. |  | -177.28 |
|---|---|---|---|
| 10/30/2014 | Credit for payment from Luke Stratton. |  | -117.28 |
|  |  |  | -294.56 |

| Total Current Work | 3,404.28 |
|---|---|
| Previous Balance | $4,393.69 |
| Balance Due | $7,797.97 |
| **TOTAL BALANCE DUE** | $7,797.97 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

11/30/2014
Account No:  EJSLGN-01M
Statement No:  6656

Legal Advice

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/14/2014 | QS | Review and discuss court's decision with Attorney Barwell. | 1.50 | |
| 11/24/2014 | GPB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.60 | |
| | | For Current Services Rendered | 2.10 | 415.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 1.50 | $175.00 | $262.50 |
| Gregory P. Barwell | 0.60 | 255.00 | 153.00 |

| | | | |
|---|---|---|---|
| 11/10/2014 | GPB | Credit for payment from Michailidis. | -1,107.50 |
| | GPB | Credit for payment from Stratton. | -1,107.50 |
| 11/20/2014 | GPB | Credit for payment from Rouse. | -1,473.08 |
| 11/30/2014 | GPB | Credit for payment from Zettler. | -3,695.33 |
| | | Total Credits for Fees | -7,383.41 |

### Expenses

| | | |
|---|---|---|
| 11/20/2014 | Credit for payment from Rouse. | -177.28 |
| 11/30/2014 | Credit for payment from Zettler. | -177.28 |
| 11/30/2014 | Credit for payment from Stratton. | -60.00 |
| | | -414.56 |

| | |
|---|---|
| Total Current Work | -7,382.47 |
| Previous Balance | $7,797.97 |
| Balance Due | $415.50 |

Luke Stratton

11/30/2014
Account No: EJSLGN-01M
Statement No: 6656

Legal Advice

**TOTAL BALANCE DUE** $415.50

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

12/31/2014
Account No: EJSLGN-01M
Statement No: 6711

Legal Advice

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/05/2014 | GPB | Email to Judge Frost's secretary confirming willingness to mediate the case. | 0.30 | |
|  | GPB | Review of Judge Frost request for mediation and draft and send response. | 0.20 | |
| 12/07/2014 | GPB | Call with Attorney Joe Bahgat regarding case and settlement or dismissal. | 0.90 | |
|  |  | For Current Services Rendered | 1.40 | 357.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gregory P. Barwell | 1.40 | $255.00 | $357.00 |

### Expenses

| 12/01/2014 | Lexis nexis research cost. | 387.13 |
|---|---|---|
|  | Total Expenses | 387.13 |
|  | Total Current Work | 744.13 |
|  | Previous Balance | $415.50 |
|  | Balance Due | $1,159.63 |
|  | **TOTAL BALANCE DUE** | $1,159.63 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

Account No: EJSLGN-01M
Statement No: 6766

01/31/2015

Legal Advice

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/16/2015 | QS | Discuss case status and mediation with Attny Barwell. | 0.30 | |
|  | GPB | Attend mediation in judge 'rost chambers. | 1.30 | |
| 01/19/2015 | GPB | Email all parties regarding next mediation date of January 26, 2015. | 0.20 | |
| 01/27/2015 | GPB | Attend mediation in judge 'rost chambers. | 2.00 | |
|  |  | For Current Services Rendered | 3.80 | 945.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 0.30 | $175.00 | $52.50 |
| Gregory P. Barwell | 3.50 | 255.00 | 892.50 |

| | |
|---|---|
| Total Current Work | 945.00 |
| Previous Balance | $1,159.63 |
| Balance Due | $2,104.63 |
| **TOTAL BALANCE DUE** | $2,104.63 |

**Wesp Barwell LLC**
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

02/28/2015
Account No: EJSLGN-01M
Statement No:      6830

Legal Advice

<u>Fees</u>

|            |     |                                                                                              | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 02/05/2015 | GPB | ████████████████████████████                                                                 | 0.40  |        |
| 02/09/2015 | GPB | Review Peter's Interrogatories and participate in call with Peter. For Current Services Rendered | 0.50  |        |
|            |     |                                                                                              | 0.90  | 229.50 |

Recapitulation

| <u>Timekeeper</u>   | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---------------------|--------------|-------------|--------------|
| Gregory P. Barwell  | 0.90         | $255.00     | $229.50      |

| Total Current Work |            | 229.50     |
|--------------------|------------|------------|
| Previous Balance   |            | $2,104.63  |
| Balance Due        |            | $2,334.13  |
| **TOTAL BALANCE DUE** |         | $2,334.13  |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton                                                              03/31/2015
Peter Michailidis                                      Account No:   EJSLGN-01M
Alex Rouse                                            Statement No:        6876
Nicholas Zettler

Legal Advice

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/20/2015 | GPB | Draft responses to Interrogatories for Alex, Peter and Nick. | 2.50 | |
| 03/23/2015 | GPB | Review Interrogatories and send to attorney Joe Bahgat. | 1.00 | |
|  | GPB | Draft responses to interrogatories for Luke. | 1.00 | |
| 03/27/2015 | QS | Draft discovery. | 1.50 | |
|  | GPB | Finalize Luke's ROGS and draft and send email to Joe Bahgat. | | |
|  |  | Begin drafting Rule 11 motion for attorney fees and costs. | 2.50 | |
| 03/30/2015 | QS | Continue to work on discovery and research liability issues with breach of contract and breach of warranty. | 5.00 | |
| 03/31/2015 | QS | Finalize draft discovery and transmit to Attorney Barwell. | 0.30 | |
|  |  | For Current Services Rendered | 13.80 | 2,975.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 6.80 | $175.00 | $1,190.00 |
| Gregory P. Barwell | 7.00 | 255.00 | 1,785.00 |

## Expenses

| 03/12/2015 | Lexis nexis research cost. | 63.91 |
|---|---|---|
|  | Total Expenses | 63.91 |
|  | Total Current Work | 3,038.91 |
|  | Previous Balance | $2,334.13 |
|  | Balance Due | $5,373.04 |

Luke Stratton

03/31/2015
Account No:   EJSLGN-01M
Legal Advice
Statement No:            6876


**TOTAL BALANCE DUE**

$5,373.04

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

05/31/2015
Account No:  EJSLGN-01M
Statement No:        7123

Legal Advice

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 05/07/2015 | GPB | Review Interrogatories and Document Requests for Rutherlan and send to Joe Bahgat. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 **1.20** | |
| 05/18/2015 | GPB | Begin drafting Rule 11 Motion for failure to dismiss fraud case against individual defendants. | 1.20 | |
| 05/20/2015 | GPB | Continue drafting Rule 11 Motion for failure to dismiss fraud case against individual defendants. | 2.40 | |
| 05/27/2015 | QS | Review filing, discuss hearing with Attorney Barwell and next steps. | 1.00 | |
| 05/28/2015 | QS | Discuss case strategy and discovery with Attorney Barwell.  Begin drafting discovery. | 4.50 | |
| 05/29/2015 | QS | Continue drafting discovery.  Transmit to Attorney Barwell for review. | 2.00 | |
| | | For Current Services Rendered | 12.50 | 2,587.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 7.50 | $175.00 | $1,312.50 |
| Gregory P. Barwell | 5.00 | 255.00 | 1,275.00 |

| | | | | |
|---|---|---|---|---|
| 05/21/2015 | GPB | Credit Payment to Client | | -1,230.50 |
| | GPB | Credit payment tom client. | | -116.75 |
| | | Total Credits for Fees | | -1,347.25 |
| | | Total Current Work | | 1,240.25 |
| | | Previous Balance | | $5,389.01 |

### Payments

| | | | |
|---|---|---|---|
| 05/21/2015 | | Fee Payment / Alex Rouse | -1,230.50 |

Luke Stratton

Legal Advice

05/31/2015
Account No: EJSLGN-01M
Statement No: 7123

| 05/21/2015 | Cost Payment /Alex Rouse | -116.75 |
| | Total Payments | -1,347.25 |
| | Balance Due | $5,282.01 |
| | **TOTAL BALANCE DUE** | $5,282.01 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis                                                            06/30/2015
Alex Rouse                                            Account No:    EJSLGN-01M
Nicholas Zettler                                      Statement No:           7271

Legal Advice

## Fees

|            |     |                                                                                                                  | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|
| 06/01/2015 | QS  | Discuss case strategy with Attorney Barwell moving forward.  Review Rule 11 motion and second letter.             |       |
|            | GPB | Finish drafting Rule 11 Motion for failure to dismiss fraud case against individual defendants.                    | 2.20  |
|            |     | Research breach of contract, breach of warranty and whether individuals can be held liable.                        |       |
|            |     | Draft 2nd Rule 11 letter demanding dismissal of remaining claims against defendants                                | 1.20  |
| 06/02/2015 | JM  | Review and comment on motion for sanctions and new 21 day letter.                                                 | 1.00  |
|            | GPB | Draft changes to second Rule 11 letter. ▬▬▬▬▬▬▬▬▬▬▬▬                                                               |       |
|            |     | Reply to Joe Bahgat's email regarding depositions.                                                               | 1.~~50~~ **1.30** |
| 06/03/2015 | QS  | Final review of motion.                                                                                          | 1.00  |
| 06/04/2015 | QS  | Finalize and file motion for Rule 11.  Research rule 26, review answers. Discuss options with Attorney Barwell. Research Rule 12. | 4.10 |
|            | GPB | Complete Rule 11 Motion for failure to dismiss fraud case against individual defendants. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.          | 1.~~50~~ **1.00** |
| 06/10/2015 | QS  | Discuss case and strategy with Attorney Barwell.                                                                 | 1.50  |
|            | GPB | Draft Memorandum in Opposition to Plaintiff's Motion to Enter Default and Motion to Pierce Corporate Veil.         | 3.20  |
| 06/11/2015 | GPB | Continue Drafting Memorandum in Opposition to Plaintiff's Motion to Enter Default and Motion to Pierce Corporate Veil. | 2.20 |
| 06/13/2015 | GPB | Finish drafting Memorandum in Opposition to Plaintiff's Motion for Default.                                        | 1.10  |
| 06/15/2015 | QS  | Review memo.                                                                                                     | 0.70  |
| 06/16/2015 | QS  | Continue to review and revise memo.                                                                              | 1.10  |

Luke Stratton

06/30/2015
Account No: EJSLGN-01M
Statement No: 7271

Legal Advice

| | | | Hours | |
|---|---|---|---|---|
| 06/17/2015 | JM | Review motion of plaintiff for default judgment and Greg's response and provide comments. | 0.50 | |
| 06/18/2015 | QS | Finalize and file response in opposition. | 0.30 | |
| 06/25/2015 | QS | Discuss hearing with Attorney Barwell. Research damages and lost profit analysis. | 1.00 | |
| 06/26/2015 | QS | Draft memo on lost profits, transmit to Attorney Barwell. | 2.50 | |
| 06/30/2015 | QS | Discuss hearing with Attorney Barwell and prep for hearing. | 1.70 | |
| | GPB | Prepare for damages hearing in front of Judge Frost. | 3.30 | |
| | | For Current Services Rendered | 31.30 | 6,693.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jud Mauger | 1.50 | $255.00 | $382.50 |
| Quinn Schmiege | 16.10 | 175.00 | 2,817.50 |
| Gregory P. Barwell | 13.70 | 255.00 | 3,493.50 |

| | | | |
|---|---|---|---|
| 06/09/2015 | GPB | Discount for Credit Card Payment/Michailidis | -69.94 |
| | | Total Credits for Fees | -69.94 |
| | | Total Current Work | 6,623.56 |
| | | Previous Balance | $5,282.01 |

Payments

| | | | |
|---|---|---|---|
| 06/09/2015 | | Fee Payment /Michailidis | -1,160.56 |
| 06/09/2015 | | Fee Payment /Michailidis | -646.87 |
| 06/09/2015 | | Cost Payment /Michailidis | -116.75 |
| | | Total Payments | -1,924.18 |
| | | Balance Due | $9,981.39 |
| | | **TOTAL BALANCE DUE** | $9,981.39 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

07/31/2015
Account No: EJSLGN-01M
Statement No: 7311

Legal Advice

## Fees

| Date | | | | Hours | |
|------|-----|------|-------|-------|---|
| 07/01/2015 | QS | Prepare for hearing, travel to hearing, participate in hearing, discuss hearing with Attorneys Barwell and Mauger.  Research piercing the corporate veil. | | | |
| | GPB | Attend damages hearing on Substruct matter in front of Judge Frost. | | 6.00 | |
| | | | | 2.00 | |
| 07/02/2015 | QS | Attend and participate in Caplan deposition. | | 4.40 | |
| | GPB | Prepare and take Terry Caplans deposition. | | 4.50 | |
| 07/03/2015 | GPB | Call to Substructs Accoutant Jim Kennsinger  left message. | | 0.20 | |
| | | For Current Services Rendered | | 17.10 | 3,528.50 |

| Recapitulation | | | | |
|----------------|-------|-------|-------|
| Timekeeper | Hours | Rate | Total |
| Quinn Schmiege | 10.40 | $175.00 | $1,820.00 |
| Gregory P. Barwell | 6.70 | 255.00 | 1,708.50 |

| | |
|---|---|
| Total Current Work | 3,528.50 |
| Previous Balance | $9,981.39 |
| Balance Due | $13,509.89 |
| **TOTAL BALANCE DUE** | $13,509.89 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton                                                                        09/30/2015
Peter Michailidis                                                    Account No:    EJSLGN-01M
Alex Rouse                                                          Statement No:          7470
Nicholas Zettler

Legal Advice

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 09/01/2015 | GPB | Email to Substruct team to determine dates for depositions. Email Joe updates. | 0.30 | |
| 09/15/2015 | QS | Discuss depositions with Attorney Barwell. Review emails. | 1.00 | |
| 09/21/2015 | QS | Attend and participate in defending Peter Michailidis deposition. | 4.00 | |
| | GPB | Deposition of Peter M. via video. | 4.10 | |
| 09/24/2015 | QS | ██████████████████. | 0.30 | |
| 09/25/2015 | GPB | Defend deposition of Luke Stratton. | 3.10 | |
| | | For Current Services Rendered | 12.80 | 2,840.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 5.30 | $175.00 | $927.50 |
| Gregory P. Barwell | 7.50 | 255.00 | 1,912.50 |

### Expenses

| | | |
|---|---|---|
| 09/16/2015 | Stratton/cost payment/August | -8.41 |
| | | -8.41 |
| | Total Current Work | 2,831.59 |
| | Previous Balance | $10,341.17 |

### Payments

| | | |
|---|---|---|
| 09/16/2015 | Fee Payment / Rouse | -3,202.37 |
| 09/16/2015 | Cost Payment /Rouse | -8.41 |
| | Total Payments | -3,210.78 |

Luke Stratton

09/30/2015
Account No:   EJSLGN-01M
Statement No:        7470

Legal Advice

Balance Due                                                                    $9,961.98

**TOTAL BALANCE DUE**                                                          $9,961.98

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

10/31/2015
Account No: EJSLGN-01M
Statement No: 7505

Legal Advice

### Fees

|  |  |  | Hours |
|---|---|---|---|
| 10/02/2015 | QS | Bates stamp documents and sent to Attorney Barwell. Send documents to opposing counsel. Review rules and Court's order. | 2.40 |
| 10/07/2015 | QS | Phone call regarding deposition transcripts. Send follow up email. | 0.20 |
| 10/08/2015 | QS | Phone call with Attorney Barwell regarding opposing counsel email. Draft email to opposing counsel regarding discovery requests. | 0.70 |
| 10/14/2015 | QS | Review Judge Frost's decision and research law discussed with Attorney Barwell. | 1.00 |
| 10/15/2015 | QS | Continue to review Frost's decision. Review Ohio revised code. | 2.00 |
| 10/16/2015 | QS | Review case law cited by Frost in partial summary judgment decision. | 3.30 |
| 10/20/2015 | GPB | Letter and Email to Joe regarding discovery issues and that he is beyond the courts time limit. | 0.50 |
| 10/21/2015 | QS | Discuss case strategy with Attorney Barwell. Review letter. Review discovery responses. | 1.30 |
|  | GPB | Draft and respond to Plaintiff's second request for documents. | 1.30 |
| 10/27/2015 | QS | Review and research savings statute and statute of limitations for Motion for Summary Judgment. | 1.00 |
|  | GPB | Begin researching and drafting Motion for Summary Judgment on final claims. | 3.40 |
| 10/28/2015 | QS | Begin drafting savings statute portion of Motion for Summary Judgment. | 2.50 |
|  | GPB | Continue drafting motion for summary judgment. | 3.00 |
| 10/29/2015 | QS | Continue to work on Motion for Summary Judgment. | 4.00 |
|  | GPB | Continue drafting motion for summary judgment. | 3.00 |
| 10/30/2015 | QS | Continue to work on Motion for Summary Judgment. | 0.70 |
|  | GPB | Read Terry Caplan, Peter Michailidis, Luke Stratton and Nicholas Zettler depositions. | 4.40 |

Luke Stratton

10/31/2015
Account No: EJSLGN-01M
Statement No: 7505

Legal Advice

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 34.70 | 7,320.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 19.10 | $175.00 | $3,342.50 |
| Gregory P. Barwell | 15.60 | 255.00 | 3,978.00 |

| | | | |
|---|---|---|---|
| 10/14/2015 | EJW | Credit payment/Stratton/September | -710.00 |
| 10/20/2015 | EJW | Square Payment Fee | -114.74 |
| | | Total Credits for Fees | -824.74 |

### Expenses

| | | |
|---|---|---|
| 10/21/2015 | Armstrong & Okey Court Reporters | 438.00 |
| | Total Expenses | 438.00 |
| | Total Current Work | 6,933.76 |
| | Previous Balance | $9,961.98 |

### Payments

| | | |
|---|---|---|
| 10/14/2015 | Fee Payment/Zettler | -4,432.58 |
| 10/14/2015 | Cost Payment/Zettler | -28.68 |
| 10/16/2015 | Fee Payment | -3,150.77 |
| 10/16/2015 | Cost Payment | -8.41 |
| | Total Payments | -7,620.44 |
| | Balance Due | $9,275.30 |
| | **TOTAL BALANCE DUE** | $9,275.30 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

11/30/2015
Account No: EJSLGN-01M
Statement No: 7607

Legal Advice

Fees

| | | | Hours |
|---|---|---|---|
| 11/04/2015 | QS | Discuss Motion for Summary Judgment with Attorney Barwell. Begin drafting dominant control portion of Motion for Summary Judgment. | 3.70 |
| 11/05/2015 | QS | Research court rules. | 1.00 |
| | GPB | Continue drafting motion for summary judgment. | 2.50 |
| 11/06/2015 | QS | Review and revise Motion for Summary Judgment. | 4.00 |
| 11/07/2015 | QS | Review Attorney Wesp comments and revisions on Motion for Summary Judgment. | 0.50 |
| | EJW | Review and revise Motion for Summary Judgment. | 0.60 |
| 11/09/2015 | QS | Discuss Motion for Summary Judgment with Attorney Barwell and Attorney Wesp. Email errata. Review unjust enrichment. Discuss with Attorney Barwell and Mauger. Draft unjust enrichment portion. Draft notices of filing depositions. Review docket for other depositions. | 4.20 |
| | JM | Review, comment and redline Motion for Summary Judgment. | 3.00 |
| | GPB | Continue drafting motion for summary judgment. | 3.00 |
| | EJW | Review and revise Motion for Summary Judgment. | 1.10 |
| 11/10/2015 | QS | Prepare notices of filing depositions. Research Belvedere and failure to assert piercing the corporate veil. Make changes, revise, review Motion for Summary Judgment. Draft and file notice of filing depositions, file depositions. Research document numbers. Shepardize cases. Finalize and file Motion for Summary Judgment. | 9.50 |
| | GPB | Finish drafting motion for summary judgment. | 5.50 |
| 11/11/2015 | QS | Review and file Michailidis errata and certification. | 0.50 |

Luke Stratton                                                      11/30/2015
                                                Account No:    EJSLGN-01M
                                                Statement No:        7607

Legal Advice

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 39.10 | 8,098.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| E. Joel Wesp | 1.70 | $255.00 | $433.50 |
| Jud Mauger | 3.00 | 255.00 | 765.00 |
| Quinn Schmiege | 23.40 | 175.00 | 4,095.00 |
| Gregory P. Barwell | 11.00 | 255.00 | 2,805.00 |

| 11/10/2015 | GPB | Credit Payment/Stratton/October | -1,830.13 |
|---|---|---|---|
|  |  | Total Credits for Fees | -1,830.13 |

### Expenses

| 11/06/2015 | LexisNexis research cost. | 340.38 |
|---|---|---|
| 11/10/2015 | Pacer Costs | 2.40 |
|  | Total Expenses | 342.78 |

| 11/10/2015 | Credit Payment/ Stratton/October | -109.50 |
|---|---|---|
|  |  | -109.50 |

|  |  |
|---|---|
| Total Current Work | 6,501.65 |
| Previous Balance | $9,275.30 |
| Balance Due | $15,776.95 |
| **TOTAL BALANCE DUE** | $15,776.95 |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

12/31/2015
Account No: EJSLGN-01M
Statement No: 7710

Legal Advice

Fees

| | | | Hours |
|---|---|---|---|
| 12/09/2015 | QS | Review opposing counsel response. Research. Discuss same with Attorney Barwell. | 2.00 |
| 12/14/2015 | QS | Review court's decision and other documents to prep for reply. | 3.20 |
| 12/16/2015 | QS | Discuss with Attorney Barwell strategy moving forward for response. Research piercing the corporate veil and summary judgment. | 1.20 |
| 12/17/2015 | QS | Continue research and begin drafting response. | 6.20 |
| 12/18/2015 | QS | Continue to draft reply in support of Motion for Summary Judgment. | 3.00 |
| | GPB | Begin drafting Reply to Plaintiffs Memorandum contra to Defendants motion for summary judgment. | 2.80 |
| 12/21/2015 | QS | Continue to work on brief. | 2.00 |
| 12/22/2015 | QS | Complete portion of reply in support and transmit to attorney Barwell for review. Draft declaration. | 7.00 |
| | GPB | Continue drafting Reply to Plaintiffs Memorandum contra to Defendants motion for summary judgment. | 4.00 |
| 12/23/2015 | EJW | Review and revise Reply Memorandum in Support of Motion for Summary Judgment. E-mail correspondence to Greg Barwell and Quinn Schmiege re: same. | 2.40 |
| | QS | Review and revise reply in support of Motion for Summary Judgment and finalize and file. | 8.10 |
| | GPB | Finish drafting Reply to Plaintiffs Memorandum contra to Defendants motion for summary judgment. | 2.50 |

Luke Stratton

Legal Advice

12/31/2015
Account No: EJSLGN-01M
Statement No: 7710

|  |  | Hours |  |
|---|---|---|---|
| For Current Services Rendered |  | 44.40 | 8,706.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| E. Joel Wesp | 2.40 | $255.00 | $612.00 |
| Quinn Schmiege | 32.70 | 175.00 | 5,722.50 |
| Gregory P. Barwell | 9.30 | 255.00 | 2,371.50 |

| 12/14/2015 | QS | Client Credit/November/Stratton |  | -2,024.63 |
|---|---|---|---|---|
| | QS | Client Credit/November/Stratton | | -85.70 |
| | | Total Credits for Fees | | -2,110.33 |

Expenses

| 12/07/2015 | Lexis nexis research cost. | 323.23 |
|---|---|---|
| | Total Expenses | 323.23 |
| | Total Current Work | 6,918.90 |
| | Previous Balance | $15,776.95 |

Payments

| 12/21/2015 | Cost Payment/Rouse | -195.19 |
|---|---|---|
| 12/21/2015 | Fee Payment/Rouse | -4,650.47 |
| | Total Payments | -4,845.66 |
| | Balance Due | $17,850.19 |
| | **TOTAL BALANCE DUE** | **$17,850.19** |

Wesp Barwell LLC
Attorneys at Law
100 E Broad Street
Suite 2350
Columbus, Ohio 43215
T+F: 614-456-0488

Luke Stratton
Peter Michailidis
Alex Rouse
Nicholas Zettler

01/31/2016
Account No: EJSLGN-01M
Statement No: 8028

Legal Advice

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/20/2016 | QS | Review opposing counsel memo in opposition to motion to strike. Discuss with Attorney Barwell. Begin drafting response. | 5.80 | |
| 01/21/2016 | QS | Continue to work on response and discuss same with Attorney Barwell. Review and revise. | 4.30 | |
|  | GPB | Begin drafting Reply to Plaintiffs Memorandum contra to Defendants motion to Strike Expert Witness Myers | 2.20 | |
| 01/22/2016 | QS | Finish revisions and transmit same to Attorney Barwell. Review and revise. Finalize and file. | 2.20 | |
|  | GPB | Finish drafting Reply to Plaintiffs Memorandum contra to Defendants motion to Strike Expert Witness Myers | 1.20 | |
|  |  | For Current Services Rendered | 15.70 | 3,019.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn Schmiege | 12.30 | $175.00 | $2,152.50 |
| Gregory P. Barwell | 3.40 | 255.00 | 867.00 |

| 01/12/2016 | GPB | Client Credit/Stratton/December | -2,176.50 |
|---|---|---|---|
| 01/13/2016 | GPB | Credit Card Fee adjustment/Michailidis | -223.90 |
|  |  | Total Credits for Fees | -2,400.40 |

### Expenses

| 01/13/2016 |  | Lexis/Nexis | 340.54 |
|---|---|---|---|
| 01/14/2016 |  | Pacer Expense | 22.60 |
| 01/18/2016 |  | Deposition Transcript Fee | 307.50 |
|  |  | Total Expenses | 670.64 |
| 01/12/2016 |  | Client Credit/Stratton/December | -80.81 |
|  |  |  | -80.81 |

Luke Stratton

01/31/2016
Account No: EJSLGN-01M
Statement No: 8028

Legal Advice

| | | |
|---|---|---:|
| | Total Current Work | 1,208.93 |
| | Previous Balance | $17,850.19 |

Payments

| | | |
|---|---|---:|
| 01/13/2016 | Cost Payment /Michailidia | -69.00 |
| 01/13/2016 | Fee Payment /Michailidis | -6,100.07 |
| 01/28/2016 | Fee Payment /Rouse | -2,176.50 |
| 01/28/2016 | Cost Payment /Rouse | -80.81 |
| | Total Payments | -8,426.38 |
| | Balance Due | $10,632.74 |
| | **TOTAL BALANCE DUE** | $10,632.74 |