IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rutherlan Enterprises, Inc. :
: Case No: 2:14-cv-19
       Plaintiffs, :
: Judge Marbley
vs :
: Magistrate Judge Deavers
:
Zettler Hardware, et al. :
:
:
       Defendants. :

NOTICE TO COUNSEL

Defendants filed a Bill of Costs in the above action on October 11, 2016. The following is the briefing schedule for this Bill of Costs [ECF No. 88].

    Memorandum Contra by Plaintiff  -  November 1, 2016

    Reply in Support by Defendants  -  November 15, 2016

If Plaintiff fails to file a memoranda contra on or before November 1, 2016 the Bill of Costs will be reviewed by the Clerk after November 2, 2016.

                                         RICHARD W. NAGEL, CLERK

                                  By:  s/Scott Miller
                                             Scott Miller,
                                             Case Management Supervisor